UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD JAY BIANCHI,

        Plaintiff,

   v.

KAREN BRUNSON,

        Defendants.

Case No. C07-5329 FDB/KLS

ORDER EXTENDING RESPONDENT'S TIME TO FILE AN ANSWER

    This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Before the Court are Respondent's requests for extension of time to file an answer to the petition for habeas corpus. (Dkt. # 11 and # 13).

    Respondent's answer was due on September 17, 2007. (Dkt. # 12). Respondent originally requested an extension of time, until October 15, 2007, to obtain and review the files from Petitioner's proceedings in the Washington Courts. (Dkt. # 11). Respondent states that the state court files are necessary to determine whether Petitioner has properly exhausted available state remedies, and to respond to the merits of the habeas petition. (Dkt. # 12). Respondent has ordered the files from Petitioner's proceedings in the Washington courts, but has not yet received them from the Washington Court of Appeals. (*Id.*) On October 11, 2007, Respondent filed a second extension,

ORDER
Page - 1

until November 14, 2007, because Respondent is still awaiting one additional file for review from the Washington Court of Appeals. (Dkt. # 14). Petitioner filed no opposition to Respondent's first request for an extension.

Accordingly, it is **ORDERED:**

1. Respondent's motions for an extension of time to file an answer to the petition for a writ of habeas corpus (Dkt. # 11 and 13) are **GRANTED.** Respondent shall file her answer on or before **November 19, 2007**;

2. Petitioner may file reply brief not later than **November 23, 2007**;

3. The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkt. # 1) for **November 23, 2007**; and

4. The Clerk shall send copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this  16th  day of October, 2007.

Karen L. Strombom
United States Magistrate Judge