1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD JAY BIANCHI,

            Petitioner,

    v.

KAREN BRUNSON,

            Respondent.

Case No.  C07-5329 FDB/KLS

ORDER EXTENDING PETITIONER'S TIME TO FILE REPLY

      The Court, having reviewed Petitioner's motion for extension of time (Dkt. # 16), and the balance of the record, does hereby **ORDER**:

      (1)    Petitioner's motion for an extension of time to file a reply brief to Respondent's answer to the petition for a writ of habeas corpus (Dkt. # 16) is **GRANTED.**  Petitioner shall file his reply on or before **December 21, 2007**;

      (2)    The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkt. # 1) for **December 21, 2007**; and

      (3)    The Clerk shall send copies of this Order to the Petitioner and to counsel for the Respondent.

      DATED this  16th  day of November, 2007.

                                                        Karen L. Strombom
                                                        United States Magistrate Judge

ORDER
Page - 1