# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD JAY BIANCHI    JUDGMENT IN A CIVIL CASE

v.

KAREN BRUNSON    CASE NUMBER: C07-5329FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Petitioner's writ of habeas corpus (Dkt. #1) is **DISMISSED WITH PREJUDICE**.

March 28, 2008                                    BRUCE RIFKIN
                                                  Clerk


                                                  s/ D. Forbes
                                                  By, Deputy Clerk