UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD JAY BIANCHI,

    Petitioner,

  v.

KAREN BRUNSON,

    Respondent.

Case No. C07-5329 FDB

ORDER DENYING CERTIFICATE
OF APPEALABILITY

This matter comes before the Court on petition for certificate of appealability.

On March 28, 2008, this Court denied Petitioner's post-conviction habeas corpus petition as time barred. Petitioner has filed a petition for certificate of appealability.

A court will issue a certificate only when a petitioner has made "a substantial showing of the denial of a constitutional right ." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). A petition dismissed on procedural grounds has two components, one directed at the underlying constitutional claims and one directed at the district court's procedural holding. Id., at 484-85. Where the district court dismisses a petition on procedural grounds, a certificate of appealability "should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a

ORDER - 1

valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Id, at 484.

Petitioner has not met this burden. Petitioner's assertion that he is entitled to "gap tolling" and/or relief from the federal habeas corpus statute of limitations contained in the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. 2244(d), is unpersuasive. The procedural bar is not debatable.

ACCORDINGLY;

The Motion for Certificate of Appealability [Dkt. #32] is **DENIED.**

DATED this 28th day of April, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2